

# U.S. Department of Justice

*United States Attorney*
*Western District of New York*

*Federal Center*                          *716/843-5700*
*138 Delaware Avenue*                      *fax 716/551-3052*
*Buffalo, New York 14202*


February 23, 2026


**VIA E-FILING**
Hon. Meredith A. Vacca
United States District Court
Kenneth Keating Federal Building
100 State Street
Rochester, New York 14614

> **Re:** **Espiritu v. U.S. Department of Justice, et al.**
> **1:24cv1219**

Dear Judge Vacca:

On December 12, 2025, the Government moved for summary judgment in this case brought under the Freedom of Information Act.   Dkt. # 28, 29.

Per the Case Management Order entered in this case, Plaintiff's opposition to the motion was due by January 30, 2026.   Dkt. # 22.   As of the date of this letter, Plaintiff has not filed any opposition papers.   Accordingly, the Government requests that its motion be granted, and this action be dismissed with prejudice.

Very truly yours,

MICHAEL DIGIACOMO
United States Attorney


BY:    s/MICHAEL S. CERRONE
Assistant U.S. Attorney

cc: Plaintiff (by mail)